## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Georgette C. Niles<br>　　　　Debtor | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　Movant<br>vs.<br>Georgette C. Niles<br>　　　　Debtor | NO. 17-17318 ELF |
| William C. Miller Esq.<br>　　　　Trustee | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages referenced in the motion have been cured, and Debtor(s) is/are current on post-petition loan payments through October 7, 2018.

2. The lease for the Vehicle, 2015 TOYOTA COROLLA, VIN:2T1BURHE1FC410905, matures on October 7, 2018.

3. Debtor will make the final lease payment for the Vehicle on or before October 7, 2018.

4. Therefore, that the automatic stay will be hereby terminated on November 1, 2018 under 11 U.S.C Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN:2T1BURHE1FC410905 in a commercially reasonable matter.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle, loan, and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 21, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.

Date: 10-2-18

Scott F. Waterman, Esquire
Attorney for Debtor

Date: 10/30/2018

LeRoy Etheridge
William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights or remedies.

Approved by the Court this ____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank