United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Georgette C Niles  
    Debtor

Case No. 17-17318-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Nov 05, 2018  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db          +Georgette C Niles,    1632 Ashurst Road,    Philadelphia, PA 19151-2712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN    on behalf of Debtor Georgette C Niles scottfwaterman@gmail.com, scottfwaterman@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                         TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Georgette C. Niles | Debtor | CHAPTER 13 |
| Toyota Lease Trust vs. | Movant | NO. 17-17318 ELF |
| Georgette C. Niles | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages referenced in the motion have been cured, and Debtor(s) is/are current on post-petition loan payments through October 7, 2018.

2. The lease for the Vehicle, 2015 TOYOTA COROLLA, VIN:2T1BURHE1FC410905, matures on October 7, 2018.

3. Debtor will make the final lease payment for the Vehicle on or before October 7, 2018.

4. Therefore, that the automatic stay will be hereby terminated on November 1, 2018 under 11 U.S.C Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA COROLLA, VIN:2T1BURHE1FC410905 in a commercially reasonable matter.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle, loan, and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 21, 2018

By: /s/ Kevin G. A
Kevin G. McDonald, Esquire
KML Law Group, P.C. Esquire

Date: 10-2-18

Scott F. Waterman, Esquire
Attorney for Debtor

Date: 10/30/2018

LeRoy Etheredge    to any
William C. Miller, Esquire    NO OBJECTION
Chapter 13 Trustee    *without prejudice

~~further order~~
XXXXXX

# ORDER

The foregoing Stipulation is **APPROVED**. The automatic stay will terminate according to the the terms of the Stipulation.

Date: 11/5/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**