Certificate Number: 14912-PAE-DE-032331729

Bankruptcy Case Number: 17-17318



14912-PAE-DE-032331729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2019, at 11:36 o'clock AM EST, Georgette Niles completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 22, 2019          By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor