| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>  Georgette C Niles | Case Number:<br><br>2:2017-bk-17318 | |
| Name of Creditor:<br>  Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>  Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  P.O. Box 1629<br>  Minneapolis, MN 55440-9790<br>  Telephone Number: 800-274-7025<br>Prior notice address:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  1000 Blue Gentian Road<br>  Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  Attention: Payment Processing<br>  MAC F2302-04C<br>  1 Home Campus<br>  Des Moines, IA 50328<br><br>  Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number: 8829  UCID: WFCMGF1717318PAE18348829** | | __ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 6** | | |

3.   **Signature:**

  **Check the appropriate box.**
     X  **I am the creditor.**
     **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
     **I am the trustee, or the debtor.**
     **I am a guarantor, surety, endorser, or other codebtor.**

  By:   /s/ Karen Sue Branas                Date:  01/20/2022
        VP Loan Documentation

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    CASE NO.:    17-17318

**Georgette C Niles**                         CHAPTER:    13

           Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

<u>**SERVICE LIST**</u>

*Debtor:*                        *By U.S. Postal Service First Class Mail Postage Prepaid:*

Georgette C Niles
1632 Ashurst Road
Philadelphia, PA 19151

*Debtor's Attorney:*                 *By CM / ECF Filing:*

MICHAEL P. KELLY
Cowan & Kelly
202 Penns Square
Ste 202
Langhorne, PA 19047

*Trustee:*                       *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)