United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17318-elf |
| Georgette C Niles | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgette C Niles, 1632 Ashurst Road, Philadelphia, PA 19151-2712 |
| 14015384 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14005521 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14005507 | + | Email/PDF: bncnotices@becket-lee.com | Dec 31 2022 00:01:49 | American Express, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14022505 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2022 00:01:49 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14005508 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2022 23:51:37 | Capital One Best Buy, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14042741 | | Email/Text: bnc@bass-associates.com | Dec 30 2022 23:46:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14005510 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14005512 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14069491 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14005511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity bank/J Crew, Po Box 182125, Columbus, OH 43218-2125 |
| 14005509 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2022 23:51:40 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14005513 | + | Email/Text: bnc@nordstrom.com | Dec 30 2022 23:46:29 | Nordstrom Signature Visa, Colorado Service Center, Po Box 6555, Englewood, CO 80155-6555 |
| 14045506 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2022 23:46:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14007429 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 30 2022 23:51:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14009935 | | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:38 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14007792 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14063374 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2022 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14217395 | + | Email/Text: bncmail@w-legal.com | Dec 30 2022 23:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14005515 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:41 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14005516 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:38 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14005517 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:37 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14068816 | + | Email/Text: bncmail@w-legal.com | Dec 30 2022 23:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14005519 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 30 2022 23:46:00 | Toyota Motor Credit, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 14005518 | + | Email/Text: bncmail@w-legal.com | Dec 30 2022 23:46:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14027851 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 30 2022 23:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14272587 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2022 00:01:49 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14053182 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 30 2022 23:46:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14005520 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 30 2022 23:46:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14034732 | | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2022 23:51:31 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14031503 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 30 2022 23:51:31 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14012829 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 30 2022 23:51:31 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14005522 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 30 2022 23:51:41 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

14005514    ##+    Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Georgette C Niles mpkpc@aol.com r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Georgette C Niles
       Debtor(s)

Case No: 17−17318−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/30/22

65 − 64
Form 138OBJ